| PROB 22 (Rev. 1/24) | | DOCKET NUMBER *(Tran. Court)* 1:23-po-04978-EA-1 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Maryland | DIVISION Baltimore |
|---|---|---|
| Pamela S Duff 903 Powell Avenue Miamisburg, OH 45342 | NAME OF SENTENCING JUDGE Erin Aslan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/23/2024 — TO 02/22/2025 |

**OFFENSE**
32CFR228.07.P Carrying/Possessing Controlled Weapon/Explosive on Protected Property

**SENTENCING DATE:** 02/23/2024

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Resident in the Southern District of Ohio

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 17, 2024
*Date*

*United States District Judge*

Erin Aslan

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/18/2024
*Effective Date*

s/ *Michael J. Newman*
*United States District Judge*

31