# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E1299577 | CARUS | 1888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/06/2023 1620
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 32 CFR 228.7

Place of Offense: N5 · LOT at Visitor Center 1

Offense Description: Factual Basis for Charge — HAZMAT ☐
Carrying a concealed legally controlled weapon on protected property without authorization

### DEFENDANT INFORMATION

Last Name: Duff
First Name: Pamela
M.I.: S

Tag No: JTZ8795  State: OH  Year: 2013  Make/Model: Cadillac/ATS  Color: Silver

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1299577*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 6TH, 2023 while exercising my duties as a law enforcement officer in the Northern District of F&GM

See Case Control W2023187005

### The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/06/2023  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/24/2023 16:11

8

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E1299578 | CARNS | 1888 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/06/2023 1620
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 32 CFR 228.3

Place of Offense: NS LOT at Visitor Center 1

Offense Description: Factual Basis for Charge — HAZMAT ☐
Attempting to enter protected property without proper authorization

**DEFENDANT INFORMATION** Phone: (937) 856-5991
Last Name: Duff
First Name: Pamela
MI: S

[Address redacted]

Tag No: JTZ8795 | State: OH | Year: 2013 | Make/Model: Cadillac/ATS | Color: Silver

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: TBD
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1299578*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 6TH, 2023 while exercising my duties as a law enforcement officer in the northern District of FGGA

See Case Control W2023.87005

_____

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/06/2023  Officer's Signature: [signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E1299579 | CARUS | 1888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/06/2023 1620
Offense Charged: ☐ CFR ☒ USC ☐ State Code
18 USC Sec 13
4-203 a IV

Place of Offense: N5 LOT at Visitor Center 1

Offense Description: Factual Basis for Charge — HAZMAT ☐
Loaded handgun in vehicle

### DEFENDANT INFORMATION

Last Name: DUFF
First Name: Pamela
MI: S

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| JTZ8795 | OH | 2013 | Cadillac/ATS | | Silver |

A ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBP
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1299579*

CVB SCAN 07/24/2023 16:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 6th, 2023 while exercising my duties as a law enforcement officer in the northern District of FGGM

See Case Control W2023187205

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/06/2023
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/24/2023 16:11

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E1299580 | CARUS | 1888 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 07/06/2023 1620 | 18 USC Sec. 13 / 4-203 |

**Place of Offense:** NS LOT at Visitor Center

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Wear, carry, or transport handgun

### DEFENDANT INFORMATION

| Last Name | First | MI |
|---|---|---|
| Duff | Pamela | S |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| JTZ8795 | OH | 2013 | Cadillac/ATS | | Silver |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| TBD | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1299580*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **July 6TH**, 20**23** while exercising my duties as a law enforcement officer in the **Northern** District of **FsGM**

See Case Control W2023187005

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/06/2023**    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/24/2023 16:11

12