CLOSED,CVB

JUMP TO DOCKET TABLE

# U.S. District Court
# District of Maryland (Baltimore)
# CRIMINAL DOCKET FOR CASE #: 1:23−po−04978−EA−1

Case title: USA vs Duff

Date Filed: 10/05/2023

Date Terminated: 03/15/2024

Assigned to: Magistrate Judge Erin Aslan

### Defendant (1)

**Pamela S Duff**
*TERMINATED: 03/15/2024*

represented by **Pamela S Duff**
903 Powell Ave
Miamisburg, OH 45342
Email:
PRO SE

**Seth Russell Okin**
The Law Office of Seth R Okin PC and Price Benowitz LLP
108 West Timonium Road Ste
Timonium, MD 21093
4109522332
Fax: 4437409295
Email: sethokinlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Pending Counts

CARRYING/POSSESSING CONTROLLED WEAPON/EXPLOSIVE ON PROTECTED PROPERTY (E1299577)
(2)

### Disposition

Disposition: Convicted/Final plea of guilty(4). Collateral $265.00, Processing Fees $30.00, Special Fees $5.00, Total $300.00

### Highest Offense Level (Opening)

Petty Offense

### Terminated Counts

ATTEMPTING TO ENTER PROTECTED PROPERTY W/O

### Disposition

Disposition: Dismissed/Acquitted − Plea Agreement(PD).

| | |
|---|---|
| AUTHORIZATION OR FAILURE DISPLAY CRED (E1299578) (1) | |
| SEE ORIGINAL CITATION (E1299579) (3) | Disposition: Dismissed/Acquitted − Plea Agreement(PD). |
| WEAR, CARRY, OR TRANSPORT A HANDGUN, WHETHER CONCEALED OR OPEN (E1299580) (4) | Disposition: Dismissed/Acquitted − Plea Agreement(PD). |

**Highest Offense Level (Terminated)**

Petty Offense

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **SAUSA Fort Meade** Email: ft_meade_sausa@army.mil *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2023 | 1 | Citation Issued as to Pamela S Duff (1) count(s) 1. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 10/05/2023) |
| 10/05/2023 | 2 | Initial Appearance set for 10/20/2023 09:30 AM in MDE1 before Magistrate Judge A. David Copperthite. (CVB Auto) (Entered: 10/05/2023) |
| 10/13/2023 | 3 | Citation Issued as to Pamela S Duff (1) count(s) 2. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 10/13/2023) |
| 10/13/2023 | 4 | Citation Issued as to Pamela S Duff (1) count(s) 3. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 10/13/2023) |
| 10/13/2023 | 5 | Citation Issued as to Pamela S Duff (1) count(s) 4. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 10/13/2023) |
| 10/19/2023 | 6 | NOTICE OF ATTORNEY APPEARANCE: Seth Russell Okin as Retained Counsel appearing for Pamela S Duff(Okin, Seth) (Entered: 10/19/2023) |

| | | |
|---|---|---|
| 10/19/2023 | 7 | MOTION to Continue *Same Date PM or next available* by Pamela S Duff. (Attachments: # 1 Order)(Okin, Seth) (Entered: 10/19/2023) |
| 10/19/2023 | 8 | Terminate hearing scheduled before Magistrate Judge A. David Copperthite: (stds) (Entered: 10/19/2023) |
| 10/19/2023 | 9 | Initial Appearance set for 10/20/2023 11:30 AM in MDE1 before Magistrate Judge A. David Copperthite. (stds) (Entered: 10/19/2023) |
| 11/02/2023 | 10 | ORDER to Continue as to Pamela S Duff (ADC) (Entered: 11/02/2023) |
| 11/02/2023 | 11 | Terminate hearing scheduled before Magistrate Judge A. David Copperthite: (ADC) (Entered: 11/02/2023) |
| 11/02/2023 | 12 | Initial Appearance set for 11/17/2023 11:30 AM in MDE1 before Magistrate Judge A. David Copperthite. (ADC) (Entered: 11/02/2023) |
| 11/30/2023 | 13 | ORDER to Continue as to Pamela S Duff (ADC) (Entered: 11/30/2023) |
| 11/30/2023 | 14 | Terminate hearing scheduled before Magistrate Judge A. David Copperthite: (ADC) (Entered: 11/30/2023) |
| 11/30/2023 | 15 | Bench Trial set for 02/23/2024 01:30 PM in MDE1 before Magistrate Judge A. David Copperthite. (ADC) (Entered: 11/30/2023) |
| 02/15/2024 | 16 | Magistrate Judge Erin Aslan added. Magistrate Judge A. David Copperthite no longer assigned to case. (stds) (Entered: 02/15/2024) |
| 02/23/2024 | | Plea entered by Pamela S Duff (1) of Guilty as to Count 2. Sentencing as to Pamela S Duff held on 2/23/2024 before Magistrate Judge Erin Aslan.(FTR Telita Davis; Courtroom 3C.) (td4s, Deputy Clerk) (Entered: 03/18/2024) |
| 02/23/2024 | 23 | JUDGMENT as to Pamela M. Duff (1), Count(s) 2, Disposition: Final plea of guilty. Collateral $265.00, Processing Fees $30.00, Special Fees $5.00, Total $300.00; Def placed on 12 mo. supv. prob; psychiatric eval/treatment as determined by Prob; substance abuse eval/testing/treatment by Prob; abide by prohibition on owning/possessing any firearms or other weapons during prob; def shall forfeit weapons confiscated and retained by the NSA police. Signed by Magistrate Judge Erin Aslan on 3/18/2024. (td4s, Deputy Clerk) (Entered: 03/18/2024) |
| 03/13/2024 | 17 | Minute Entry for proceedings held before Magistrate Judge Erin Aslan : Bench Trial as to Pamela S Duff held on 03/13/2024. (EA) (Entered: 03/13/2024) |
| 03/13/2024 | 18 | Disposition PD Dismissed/Acquitted − Plea Agreement set for count 32CFR228.03, Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA) (Entered: 03/13/2024) |
| 03/13/2024 | 19 | Disposition PE Fine/Installment Payment − Plea Agreement set for count 32CFR228.07.P, Payments Assessed 265.0, 30.0, 5.0 as to Pamela S Duff. (EA) (Entered: 03/13/2024) |

| | | |
|---|---|---|
| 03/13/2024 | 20 | Disposition PD Dismissed/Acquitted − Plea Agreement set for count 00−000(1), Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA) (Entered: 03/13/2024) |
| 03/13/2024 | 21 | Disposition PD Dismissed/Acquitted − Plea Agreement set for count MDCRIM4−203(a)(1), Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA) (Entered: 03/13/2024) |
| 03/15/2024 | 22 | Final Payment (CVB Auto) (Entered: 03/15/2024) |
| 07/01/2024 | <u>25</u> | UNREDACTED PROBATION FORM 22 by USPO as to Pamela S Duff. (stds, Deputy Clerk) (Entered: 07/01/2024) |