```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:11983364@mdd.uscourts.gov
Subject:Activity in Case 1:23-po-04978-EA USA vs Duff Plea Entered
Content−Type: text/html
```

# U.S. District Court

# District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 3/18/2024 at 11:15 AM EDT and filed on 2/23/2024

| | |
|---|---|
| **Case Name:** | USA vs Duff |
| **Case Number:** | 1:23−po−04978−EA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Plea entered by Pamela S Duff (1) of Guilty as to Count 2. Sentencing as to Pamela S Duff held on 2/23/2024 before Magistrate Judge Erin Aslan.(FTR Telita Davis; Courtroom 3C.) (td4s, Deputy Clerk)

**1:23−po−04978−EA−1 Notice has been electronically mailed to:**

**1:23−po−04978−EA−1 Notice will not be electronically delivered to:**

SAUSA Fort Meade

Seth Russell Okin
The Law Office of Seth R Okin PC and Price Benowitz LLP
108 West Timonium Road
Ste
Timonium, MD 21093

```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants: SAUSA Fort Meade (ft_meade_sausa@army.mil, nsa_sausa@nsa.gov), Seth
Russell Okin (sethokinlaw@gmail.com), Magistrate Judge Erin Aslan
(mdd_eachambers@mdd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11975434@mdd.uscourts.gov
Subject:Activity in Case 1:23-po-04978-EA USA vs Duff Add Disposition Text
Content−Type: text/html
```

## U.S. District Court

## District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 3/13/2024 at 4:06 PM EDT and filed on 03/13/2024

| | |
|---|---|
| **Case Name:** | USA vs Duff |
| **Case Number:** | 1:23−po−04978−EA |
| **Filer:** | |
| **Document Number:** | 18(No document attached) |

**Docket Text:**
**Disposition PD Dismissed/Acquitted − Plea Agreement set for count 32CFR228.03, Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA)**

**1:23−po−04978−EA−1 Notice has been electronically mailed to:**

SAUSA Fort Meade &nbsp &nbsp ft_meade_sausa@army.mil, nsa_sausa@nsa.gov

Seth Russell Okin &nbsp &nbsp sethokinlaw@gmail.com

**1:23−po−04978−EA−1 Notice will not be electronically delivered to:**

Pamela S Duff
903 Powell Ave
Miamisburg, OH 45342

```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants: SAUSA Fort Meade (ft_meade_sausa@army.mil, nsa_sausa@nsa.gov), Seth
Russell Okin (sethokinlaw@gmail.com), Magistrate Judge Erin Aslan
(mdd_eachambers@mdd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11975442@mdd.uscourts.gov
Subject:Activity in Case 1:23-po-04978-EA USA vs Duff Add Disposition Text
Content−Type: text/html
```

# U.S. District Court

# District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 3/13/2024 at 4:06 PM EDT and filed on 03/13/2024

| | |
|---|---|
| **Case Name:** | USA vs Duff |
| **Case Number:** | 1:23−po−04978−EA |
| **Filer:** | |
| **Document Number:** | 19(No document attached) |

**Docket Text:**
 **Disposition PE Fine/Installment Payment − Plea Agreement set for count 32CFR228.07.P, Payments Assessed 265.0, 30.0, 5.0 as to Pamela S Duff. (EA)**

**1:23−po−04978−EA−1 Notice has been electronically mailed to:**

SAUSA Fort Meade &nbsp &nbsp ft_meade_sausa@army.mil, nsa_sausa@nsa.gov

Seth Russell Okin &nbsp &nbsp sethokinlaw@gmail.com

**1:23−po−04978−EA−1 Notice will not be electronically delivered to:**

Pamela S Duff
903 Powell Ave
Miamisburg, OH 45342

```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants: SAUSA Fort Meade (ft_meade_sausa@army.mil, nsa_sausa@nsa.gov), Seth
Russell Okin (sethokinlaw@gmail.com), Magistrate Judge Erin Aslan
(mdd_eachambers@mdd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11975450@mdd.uscourts.gov
Subject:Activity in Case 1:23-po-04978-EA USA vs Duff Add Disposition Text
Content−Type: text/html
```

## U.S. District Court

## District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 3/13/2024 at 4:06 PM EDT and filed on 03/13/2024

| | |
|---|---|
| **Case Name:** | USA vs Duff |
| **Case Number:** | 1:23−po−04978−EA |
| **Filer:** | |
| **Document Number:** | 20(No document attached) |

**Docket Text:**
 **Disposition PD Dismissed/Acquitted − Plea Agreement set for count 00−000(1), Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA)**


**1:23−po−04978−EA−1 Notice has been electronically mailed to:**

SAUSA Fort Meade &nbsp &nbsp ft_meade_sausa@army.mil, nsa_sausa@nsa.gov

Seth Russell Okin &nbsp &nbsp sethokinlaw@gmail.com

**1:23−po−04978−EA−1 Notice will not be electronically delivered to:**

Pamela S Duff
903 Powell Ave
Miamisburg, OH 45342

```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants: SAUSA Fort Meade (ft_meade_sausa@army.mil, nsa_sausa@nsa.gov), Seth
Russell Okin (sethokinlaw@gmail.com), Magistrate Judge Erin Aslan
(mdd_eachambers@mdd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11975458@mdd.uscourts.gov
Subject:Activity in Case 1:23-po-04978-EA USA vs Duff Add Disposition Text
Content−Type: text/html
```

## U.S. District Court

### District of Maryland

### Notice of Electronic Filing

The following transaction was entered on 3/13/2024 at 4:06 PM EDT and filed on 03/13/2024

| | |
|---|---|
| **Case Name:** | USA vs Duff |
| **Case Number:** | [1:23−po−04978−EA](#) |
| **Filer:** | |
| **Document Number:** | 21(No document attached) |

**Docket Text:**
 **Disposition PD Dismissed/Acquitted − Plea Agreement set for count MDCRIM4−203(a)(1), Payments Assessed 0.0, 0.0, 0.0 as to Pamela S Duff. (EA)**

**1:23−po−04978−EA−1 Notice has been electronically mailed to:**

SAUSA Fort Meade &nbsp &nbsp ft_meade_sausa@army.mil, nsa_sausa@nsa.gov

Seth Russell Okin &nbsp &nbsp sethokinlaw@gmail.com

**1:23−po−04978−EA−1 Notice will not be electronically delivered to:**

Pamela S Duff
903 Powell Ave
Miamisburg, OH 45342